IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Technology and Entrepreneurial        :
Ventures Law Group, PC,               :
                    Petitioner        :
                                      :
            v.                        :        No. 504 C.D. 2021
                                      :
Pennsylvania State Police             :
(Office of Open Records),             :
                    Respondent        :

**PER CURIAM**                 **O R D E R**


NOW, February 10, 2022, upon consideration of Petitioner's application for reargument, the application is denied.